IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-00049-RLV-DCK

| | |
|---|---|
| SEDGEWICK HOMES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHRISTOPHER BART BIVINS; ) | |
| STILLWATER HOMES, INC.; AND ) | |
| GRETCHEN WYNE BIVINS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's Motion to Strike Defendant Stillwater Homes, Inc.'s First Amended Answer (the "Motion"). [Doc. No. 23]; *see also* [Doc. No. 15]. Since the Motion was filed, and according to an amendment deadline to which the parties have consented, Defendant Stillwater Homes has filed a Second Amended Answer. *See* [Doc. No. 19] at p. 2; [Doc. No. 26]. Accordingly, the Motion is now moot.

It is, therefore, **ORDERED** that the Plaintiff's Motion to Strike (Doc. No. 23) is hereby **DENIED-AS-MOOT**.

**SO ORDERED**.

Signed: June 21, 2016

*/s/ Richard L. Voorhees*
Richard L. Voorhees
United States District Judge

-1-