# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:16-CV-049-RLV-DCK

| | |
|---|---|
| SEDGEWICK HOMES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| STILLWATER HOMES, INC., ) | |
| CHRISTOPHER BART BIVINS, and ) | |
| GRETCHEN WYNE BIVINS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Stay Proceedings As To Defendants Christopher Bart Bivins And Gretchen Wyne Bivins" (Document No. 36) filed September 1, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Stay Proceedings As To Defendants Christopher Bart Bivins And Gretchen Wyne Bivins" (Document No. 36) is **GRANTED**.

**IT IS FURTHER ORDERED** that these proceedings are **STAYED** as to Defendants Christopher Bart Bivins and Gretchen Wyne Bivins pending resolution of Plaintiff Sedgewick's claims against Defendant Stillwater Hones, Inc., unless otherwise ordered by the Court.

Signed: September 6, 2016

David C. Keesler
United States Magistrate Judge