IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-049-RLV-DCK

| | |
|---|---|
| SEDGEWICK HOMES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| STILLWATER HOMES, INC., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff Sedgwick Homes, LLC's Motion To Seal" (Document No. 43) filed September 21, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that Defendant does not oppose the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff Sedgwick Homes, LLC's Motion To Seal" (Document No. 43) is **GRANTED**.

**SO ORDERED**.

Signed: September 21, 2016

David C. Keesler
United States Magistrate Judge