IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-049-RLV-DCK

| | |
|---|---|
| SEDGEWICK HOMES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| STILLWATER HOMES, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Stillwater Homes, Inc.'s Motion To Seal" (Document No. 50) filed October 11, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that Plaintiff's counsel consents to the motion, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Stillwater Homes, Inc.'s Motion To Seal" (Document No. 50) is **GRANTED**.

**SO ORDERED**.

Signed: October 12, 2016

David C. Keesler
United States Magistrate Judge