IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-049-RLV-DCK

| | |
|---|---|
| **SEDGEWICK HOMES, LLC,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **STILLWATER HOMES, INC.,** | ) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff Sedgewick Homes, LLC's Motion To Seal" (Document No. 56) filed October 21, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that Defendant's counsel does not oppose the motion, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff Sedgewick Homes, LLC's Motion To Seal" (Document No. 56) is **GRANTED**.

**SO ORDERED**.

Signed: October 24, 2016

David C. Keesler
United States Magistrate Judge