**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:16-CV-049-RLV-DCK**

| | | |
|---|---|---|
| **SEDGEWICK HOMES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **STILLWATER HOMES, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

   **THIS MATTER IS BEFORE THE COURT** on "Plaintiff Sedgewick Homes, LLC's Motion To Seal" (Document No. 68) filed April 28, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that Defendant's counsel does not oppose the motion, the undersigned will <u>grant</u> the motion.

   **IT IS, THEREFORE, ORDERED** that "Plaintiff Sedgewick Homes, LLC's Motion To Seal" (Document No. 68) is **GRANTED**.

   **SO ORDERED**.

      Signed: May 1, 2017

      David C. Keesler
      United States Magistrate Judge