# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:16-CV-00049-RLV-DCK

| | |
|---|---|
| SEDGEWICK HOMES, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )     **SCHEDULING ORDER** <br>) |
| STILLWATER HOMES, INC., | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the Court's own motion to amend the response and reply deadline relative to Plaintiff Sedgewick Homes, LLC's Motion for Reconsideration (Doc. 77). **IT IS, HEREBY, ORDERED THAT** Defendant Stillwater Homes, Inc. shall have up to and including August 18, 2017 to file its response brief and that Plaintiff shall have up to and including August 24, 2017 to file a reply brief to any response filed by Defendant.

**SO ORDERED.**

Signed: August 9, 2017

Richard L. Voorhees
United States District Judge