IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:16CV49

| | |
|---|---|
| SEDGEWICK HOMES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| STILLWATER HOMES, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court upon its own motion. The parties shall have until March 5 at 12:00 p.m. to file any Replies to the responses to the Motions *in Limine*, should they elect to do so.

IT IS SO ORDERED.

Signed: March 1, 2018

Graham C. Mullen
United States District Judge