**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | |
|---|---|
| SEDGEWICK HOMES, LLC, | ) |
| Plaintiff, | ) Civil Action No. 5:16-cv-49 |
| vs. | ) |
| STILLWATER HOMES, INC., | ) |
| Defendant. | ) |

## **ORDER**

THIS MATTER is before the Court on its own Motion. The trial in this matter is hereby re-set for May 14, 2018 at 10:30 a.m. in Courtroom 2-2 in Charlotte.

IT IS SO ORDERED.

Signed: March 9, 2018

Graham C. Mullen
United States District Judge