# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| SEDGEWICK HOMES, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:16-cv-49 |
| ) | |
| vs. ) | |
| ) | |
| STILLWATER HOMES, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

THIS MATTER is before the Court on its own Motion. The trial in this matter is correctly set for May 14, 2018 in Courtroom 2-2 in Charlotte**.** Due to a typographical error in the previous order, the 10:30 start time is not correct.

IT IS THEREFORE ORDERED that the trial is set for **May 14, 2018 at 10:00 a.m. in Courtroom 2-2 in Charlotte.**

IT IS SO ORDERED.

Signed: March 15, 2018

Graham C. Mullen
United States District Judge