IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:16CV49

| SEDGEWICK HOMES, LLC, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | ORDER |
|  | ) |  |
| STILLWATER HOMES, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This matter is before the Court upon the Defendant's Rule 50 Motion to Dismiss Plaintiff's claims. A hearing was held in this matter on February 20, 2019. For the reasons stated in open Court,[1]

IT IS THEREFORE ORDERED that Defendant's Rule 50 Motion to Dismiss is hereby DENIED as to Plaintiff's Copyright Act claim, and GRANTED as to Plaintiff's Lanham Act claim and state law claims.

Signed: February 25, 2019

Graham C. Mullen
United States District Judge

---

[1] Judge Schroeder's reasoning as referenced at the hearing can be found in *Rutledge v. High Point Regional Health Sys.*, 558 F.Supp.2d 611 (M.D.N.C. 2008).