# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Sedgewick Homes, LLC, | JUDGMENT IN CASE |
| Plaintiff(s), | 5:16-cv-00049-GCM |
| vs. | |
| Stillwater Homes, Inc., | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court trial and a Jury Verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's February 22, 2019 Verdict.

February 25, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court