IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action Nos. 5:16-CV-00049; 5:16-CV-00050

| | |
|---|---|
| SEDGEWICK HOMES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> STILLWATER HOMES, INC., CHRISTOPHER BART BIVINS, and GRETCHEN WYNE BIVINS, <br><br> Defendants | |
| SEDGEWICK HOMES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> STILLWATER HOMES, INC., JOSEPH LYNN SHOEMAKER, and EMILY GROCE SHOEMAKER, <br><br> Defendants. | Civil Action No. 5:16-cv-49 |

## **ORDER**

Upon consideration of Plaintiff Sedgewick Homes, LLC Motion to Dismiss, and for good cause shown, Plaintiff's Motion to Dismiss as to the Defendants Christopher Bart Bivins, Gretchen Wynne Bivins, Joseph Lynn Shoemaker and Emily Groce Shoemaker is GRANTED and these cases against these Defendants are dismissed with prejudice.

Signed: March 7, 2019

Graham C. Mullen
United States District Judge