# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Sedgewick Homes, LLC, | JUDGMENT IN CASE |
| Plaintiff(s), | 5:16-cv-00049-GCM |
| vs. | |
| Christopher Bart Bivins<br>Gretchen Wynne Bivins<br>Joseph Lynn Shoemaker<br>Emily Groce Shoemaker | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 7, 2019 Order.

March 7, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court